STATE OF NEW JERSEY v. DAVID BOYLE.

STATE OF NEW JERSEY v. ROBERT L. CLARK.

March 4, 1986.

Petition for certification granted, the judgment of the Appellate Division is summarily reversed and the judgments of conviction are reinstated in light of *State v. Gantt,* 101 *N.J.* 573 (1986).

DAVIS ENTERPRISES v. RICHARD KARPF, ET AL.

March 4, 1986.

Petition for certification granted.

STATE OF NEW JERSEY v. MOISES CARABALLO ORTIZ.

March 6, 1986.

This matter having come before the Court on an appeal by defendant as of right pursuant to *Rule* 2:2–1(a)(2), and the Court having reviewed the record and the briefs of the parties, and good cause appearing;

It is ORDERED that this matter is summarily remanded to the Superior Court, Law Division, Passaic County, for the resentencing of defendant in the light of *State v. Yarbough,* 100 *N.J.* 627 (1985).

Jurisdiction is not retained.